**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

SEP 04 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10013 |
| Plaintiff - Appellee, | D.C. No. 2:14-cr-01004-DJH-1 |
| v. | |
| JUVENAL GUTIERREZ-GARCIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Diane J. Humetewa, District Judge, Presiding

Submitted September 2, 2015[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Juvenal Gutierrez-Garcia appeals from the district court's judgment and

challenges his guilty-plea conviction and 57-month sentence for being an illegal

alien found in the United States following deportation, in violation of 8 U.S.C. §

1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Gutierrez-Garcia's

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gutierrez-Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Gutierrez-Garcia has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**